IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FORTNER HONEY, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS US, INSURANCE COMPANY, and NATIONAL SURETY CORPORATION<br>　　　Defendants, | **CAUSE NO. CV-22-13-SPW-KLD**<br><br><br><br>**NOTICE OF SETTLEMENT** |

　　　COME NOW, Fortner Honey, Inc., the plaintiff herein, and Allianz Global Risks US, Insurance Company, and National Surety Corporation, the defendants herein, and notify the Court that the parties have reached a settlement agreement that will result in a full and final release and dismissal with prejudice of all claims and causes of action asserted in this lawsuit. The parties request thirty days to file a joint stipulation of dismissal and proposed order of dismissal and final judgment in order to afford the parties sufficient time to effectuate a full and final release and dismissal with prejudice of all claims asserted in this lawsuit.

　　　DATED October 3, 2023.

　　　　　[SIGNATURES APPEAR ON THE FOLLOWING PAGE]

NOTICE OF SETTLEMENT

Page 1 of 2

Lindsey Law, PLLC
15501 N. Adeline Ln.
Spokane, WA 99208
P.855.472.6225  F.888.938.1717

| | |
|---|---|
| **LINDSEY LAW, PLLC** | **FAURE HOLDEN ATTORNEYS AT LAW, P.C.** |
| BY:  */s/ Travis R. Lindsey* <br> Travis R. Lindsey <br> 15501 N. Adeline Ln. <br> Spokane, WA 99208 <br> 855.472.6525 – Ofc Telephone <br> 888.938.1717 – Facsimile <br> travis@lindseypllc.com | BY:  */s/ Jean E. Faure* <br> Jean E. Faure <br> Katie R. Ranta <br> P.O. Box 2466 <br> Great Falls, MT 59403 <br> 406.452.6500 – Ofc Telephone <br> 406.452.6503 – Facsimile <br> jfaure@faureholden.com <br> kranta@faureholden.com |
| **ATTORNEY FOR PLAINTIFF FORTNER HONEY, INC.** | **ATTORNEY FOR DEFENDANTS ALLIANZ GLOBAL RISKS US, INSURANCE COMPANY, and NATIONAL SURETY COMPANY** |

## CERTIFICATE OF SERVICE

This is to certify to the Court that service of the foregoing was duly served upon the following party(ies)/person(s) by the means designated below, on October 3, 2023.

| | |
|---|---|
| Jean E. Faure <br> Katie R. Ranta <br> Faure Holden Attorneys at Law, P.C. <br> P.O. Box 2466 <br> Great Falls, MT 59403 <br> jfaure@faureholden.com <br> kranta@faureholden.com <br> ATTORNEYS FOR DEFENDANTS <br> Allianz Global Risks US, Insurance Company and National Surety Corporation | ■ CM/ECF <br> ☐ U.S. Mail <br> ☐ Hand Delivery <br> ☐ Facsimile <br> ☐ E-mail |

By:  */s/ Travis R. Lindsey*

**ATTORNEY FOR PLAINTIFF FORTNER HONEY, INC.**