IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FORTNER HONEY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLIANZ GLOBAL RISKS US, INSURANCE COMPANY, and NATIONAL SURETY CORPORATION <br> Defendants, | **CAUSE NO. CV-22-13-SPW-KLD** <br><br><br> **JOINT STIPULATION OF DISMISSAL** |

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, Fortner Honey, Inc., the plaintiff herein, and Allianz Global Risks US, Insurance Company, and National Surety Corporation, the defendants herein, and stipulate to the dismissal of all claims asserted in this lawsuit with prejudice to the re-filing of same. By virtue of this stipulation of dismissal, all claims and causes of action asserted in this lawsuit shall be dismissed with prejudice to the re-filing of same. This stipulation of dismissal is signed by counsel for all parties who have appeared and remain in this lawsuit.

DATED November 6, 2023.

[SIGNATURES APPEAR ON THE FOLLOWING PAGE]

STIPULATION OF DISMISSAL

Page 1 of 2

Lindsey Law, PLLC
15501 N. Adeline Ln.
Spokane, WA 99208
P.855.472.6225  F.888.938.1717

| | |
|---|---|
| **LINDSEY LAW, PLLC** | **FAURE HOLDEN ATTORNEYS AT LAW, P.C.** |
| BY: */s/ Travis R. Lindsey* <br> Travis R. Lindsey <br> 15501 N. Adeline Ln. <br> Spokane, WA 99208 <br> 855.472.6525 – Ofc Telephone <br> 888.938.1717 – Facsimile <br> travis@lindseypllc.com <br><br> **ATTORNEY FOR PLAINTIFF FORTNER HONEY, INC.** | BY: */s/ Jean E. Faure* <br> Jean E. Faure <br> Katie R. Ranta <br> P.O. Box 2466 <br> Great Falls, MT 59403 <br> 406.452.6500 – Ofc Telephone <br> 406.452.6503 – Facsimile <br> jfaure@faureholden.com <br> kranta@faureholden.com <br><br> **ATTORNEY FOR DEFENDANTS ALLIANZ GLOBAL RISKS US, INSURANCE COMPANY, and NATIONAL SURETY COMPANY** |

## CERTIFICATE OF SERVICE

This is to certify to the Court that service of the foregoing was duly served upon the following party(ies)/person(s) by the means designated below, on November 6, 2023.

| | |
|---|---|
| Jean E. Faure <br> Katie R. Ranta <br> Faure Holden Attorneys at Law, P.C. <br> P.O. Box 2466 <br> Great Falls, MT 59403 <br> jfaure@faureholden.com <br> kranta@faureholden.com <br> ATTORNEYS FOR DEFENDANTS <br> Allianz Global Risks US, Insurance Company and National Surety Corporation | ■ CM/ECF <br> ☐ U.S. Mail <br> ☐ Hand Delivery <br> ☐ Facsimile <br> ☐ E-mail |

By:   */s/ Travis R. Lindsey*

**ATTORNEY FOR PLAINTIFF FORTNER HONEY, INC.**